**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**TAYLOR HAYES,**

        **Plaintiff,**

**-vs-**                                             **Case No.  6:12-cv-1880-Orl-28DAB**

**STARBUCKS,**

        **Defendant.**

_____

# ORDER

This case is before the Court on Plaintiff's Motion to Proceed In Forma Pauperis (Doc. No. 2) filed December 18, 2012.  The United States Magistrate Judge has submitted a report recommending that the motion be denied and the Complaint dismissed without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.  That the Report and Recommendation filed December 26, 2012 (Doc. No. 4) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.  Plaintiff's Motion to Proceed In Forma Pauperis (Doc. No. 2) is **DENIED**.

3.  The Complaint is **DISMISSED without prejudice.**

4.  Plaintiff is granted leave to file an Amended Complaint that sets forth a cause of action and a renewed application to proceed *in forma pauperis* (or Plaintiff may pay the filing fee) within fourteen (14) days from the date of this Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 25th day of January, 2013.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Unrepresented Party